**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

FILED
NOVEMBER 26, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6615

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　Case Number:

Williams, et al., v. City of Chicago, et al.,

**JUDGE HIBBLER
MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chanitha Williams; Latrice Williams; Chatrice Williams, a minor, by and thought Chanitha Williams, her mother and next best friend; Chakita Williams, a minor, by and through Chanitha Williams, her mother and next best friend; Chakyra Johnson, a minor, by and through her mother Chanitha Williams

| | |
|---|---|
| **NAME (Type or print)** Lawrence V. Jackowiak | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) /s/ Lawrence V. Jackowiak/em | |
| **FIRM** Law Offices of Lawrence V. Jackowiak | |
| **STREET ADDRESS** 20 North Clark Street Suite 1700 | |
| **CITY/STATE/ZIP** Chicago, Illinois 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6231003 | **TELEPHONE NUMBER** 312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |