**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 26, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6615**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Williams, et al., v. City of Chicago, et al.,

Case Number:

**JUDGE HIBBLER**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chanitha Williams; Latrice Williams; Chatrice Williams, a minor, by and thought Chanitha Williams, her mother and next best friend; Chakita Williams, a minor, by and through Chanitha Williams, her mother and next best friend; Chakyra Johnson, a minor, by and through her mother Chanitha Williams

| | |
|---|---|
| NAME (Type or print) | |
| Daniel P. Kiss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Daniel P. Kiss /em | |
| FIRM | |
| Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS | |
| 20 North Clark Street Suite 1700 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6256211 | 312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |