IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHANITHA WILLIAMS, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6615 |
| | ) | |
| v. | ) | Judge HIBBLER |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge VALDEZ |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   All parties of record

  **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

  **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Hibbler, or before such other Judge sitting in his place or stead, on the 19th day of December, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

  **DATED** at Chicago, Illinois this 14th day of December, 2007.

                              MARA S. GEORGES
                              CORPORATION COUNSEL
                              CITY OF CHICAGO

                    BY:   /s/ Rita Moran
                              RITA MORAN
                              Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No.: 06270301