IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHANITHA WILLIAMS, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6615 |
| | ) | |
| v. | ) | Judge HIBBLER |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge VALDEZ |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, the City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, with the agreement of Plaintiffs, respectfully requests this Honorable Court for an extension of time until January 14, 2008, to answer or otherwise plead to Plaintiffs' Complaint.

In support of this motion, Defendant City states:

1. This matter was filed on November 26, 2007, in the United States District Court, Northern District of Illinois, Eastern Division. The Office of the Corporation Counsel of the City of Chicago received a copy of the Complaint on November 28, 2007.

2. The undersigned is in the process of ordering the relevant Chicago Police Department records to enable the City to properly respond to Plaintiffs' Complaint.

3. This motion is the City's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of this matter, nor will it prejudice Plaintiffs.

5.  Plaintiffs' counsel was informed of this motion on December 14, 2007, and has agreed to the City motion..

**WHEREFORE**, Defendant, City of Chicago respectfully requests that it be given until January 14, 2007, to answer or otherwise plead to Plaintiffs' Complaint.

                Respectfully Submitted,

                MARA S. GEORGES
                CORPORATION COUNSEL

BY:   **/s/ Rita Moran**
                RITA MORAN
                Assistant Corporation Counsel
                Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 742-9866
Attorney No. 06270301

**CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon the person(s) named in the Notice of Motion, who is a "Filing User" pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 18th day of December, 2007.

      /s/ Rita Moran
      RITA MORAN