## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6615 | **DATE** | 12/18/2007 |
| **CASE TITLE** | Willliams, et al. Vs. City of Chgo., et al. | | |

**DOCKET ENTRY TEXT**

City of Chicago's agreed motion to extend the time to 1/14/08 in which to answer or otherwise plead is granted. Status hearing to set discovery schedule set for 2/6/08 at 9:30 a.m. Parties to submit joint proposed discovery schedule to the Court by 2/1/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|