IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHANITHA WILLIAMS; LATRICE WILLIAMS; CHATRICE WILLIAMS; a minor, by and through Chanitha Williams, her mother and next best friend; CHAKITA WILLIAMS, a minor, by and through Chanitha Williams, her mother and next best friend; and CHAKYRA JOHNSON, a minor, by and through Chanitha Williams, her mother and next best friend,<br><br>                Plaintiffs,<br><br>    v.<br><br>CITY OF CHICAGO, a Municipal Corporation; and UNKNOWN CHICAGO POLICE OFFICERS JOHN DOES and JANE ROES 1-10,<br><br>                Defendants. | No.    07 C 6615<br><br>JUDGE HIBBLER<br><br>Magistrate Judge Valdez<br><br><br><br>JURY DEMAND |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:    All parties of record

    PLEASE TAKE NOTICE that on January 14, 2008, the City of Chicago filed its Answer, Defenses, and Jury Demand to Plaintiff's Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

    I hereby certify that I have served this notice and the attached document by causing it to be sent to those who are a "Filing User" pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 14th day of January, 2008.

                                        Respectfully submitted,

                                        MARA S. GEORGES,
                                        CORPORATION COUNSEL
                                        CITY OF CHICAGO
                     By:     /s/ Rita Moran
                                        RITA MORAN
                                        Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, IL 60602
(312) 742-9866 Office
(312) 744-3989 Fax *New*
Attorney No. 06270301