UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHANITHA WILLIAMS, et al., )
    Plaintiffs, ) No. 07 C 6615
)
vs. ) Judge Hibbler
) Magistrate Judge Valdez
CITY OF CHICAGO, et al., )
    Defendants. )

## JOINT PROPOSED SCHEDULING ORDER

1.  Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26.1, a meeting was held on February 1, 2008, via teleconference, and was attended by: Louis J. Meyer, attorney for Plaintiff, and Rita Moran, attorney for Defendant City of Chicago.

2.  **Pre-Discovery Disclosures**. Plaintiff served Rule 26(a)(1) Disclosures on January 4, 2008. Defendant City to serve their Rule 26(a)(1) Disclosures by February 29, 2008.

3.  **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

  The parties seek discovery on the alleged unreasonable seizure, excessive force, and the illegal search of Plaintiffs' home.

  The discovery cut-off date should be set at June 27, 2008.

  The parties propose the number of interrogatories by each party to any other party be governed by Federal Rule of Civil Procedure 33.

  The parties propose the number of requests for admission be governed by Federal Rule of Civil Procedure 36.

  The parties propose that the number of depositions taken by all parties be governed by Federal Rule of Civil Procedure 30.

  The parties propose that each side take the appropriate amount of depositions necessary for full disclosure of admissible evidence.

  Reports from retained experts under Federal Rule of Civil Procedure 26(a)(2) due:

  Plaintiff's expert reports due July 31, 2008
  Defendant's expert reports due August 29, 2008.

The parties propose that supplementation required under Federal Rule of Civil Procedure 26(e) be in accordance with this rule.

4.  **Other Items**.

    The Unknown Chicago police officer have not been served. The individual Defendant-Officer will be served once they are identified.

    The parties do not request a conference with the Court before entry of the scheduling order.

    The parties request a pretrial conference 30 days after a ruling on dispositive motions.

    Dispositive motions due 45 days after the discovery cut-off date.

    The parties do believe that a settlement conference would be beneficial after the Defendant-Officers have been served.

    The case should be ready after the filing of the Final Pretrial Order.

    Parties estimate that trial would last 3-4 days.

Dated: February 1, 2008                                  Dated: February 1, 2008

/s/ Louis J. Meyer                                       /s/ Rita Moran
Law Offices of Lawrence V. Jackowiak                     Assistant Corporation Counsel
20 North Clark Street, Suite 1700                        30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602                                  Chicago, Illinois 60602
(312) 795-9595                                           (312) 742-9866
*Attorney for Plaintiffs*                                *Attorney for Defendant City of Chicago*