**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Chanitha Williams, et al.
                              Plaintiff,

v.                                                          Case No.: 1:07−cv−06615
                                                            Honorable William J. Hibbler

City of Chicago, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, March 6, 2008:

    MINUTE entry before Judge William J. Hibbler: Status hearing held on 3/6/2008 and continued to 4/22/08 at 9:30 AM. The Court adopts the joint proposed scheduling order. Discovery ordered closed by 6/27/2008. Plaintiff shall comply with FRCP(26)(a)(2) by 7/31/08. Defendant shall comply with FRCP(26)(a)(2) by 8/29/08. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.