## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6615 | **DATE** | 3/14/2008 |
| **CASE TITLE** | CHANITHA WILLIAMS, et al. Vs. CITY OF CHICAGO, et al. | | |

**DOCKET ENTRY TEXT**

Enter Qualified HIPAA and Confidential matter Protective Order. The Protective Order governs pre-trial proceedings only. Parties need leave to court prior to filing any documents Under Seal. Parties to file a motion to retrieve any documents filed Under Seal within 60 days after the close of this case. If a party fails to file a motion, any documents under seal will become part of the public record.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|