## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHANITHA WILLIAMS, et al., | ) |
| Plaintiffs, | ) No. 07 C 6615 |
| vs. | ) Judge Hibbler |
| | ) Magistrate Judge Valdez |
| CITY OF CHICAGO, et al., | ) |
| Defendants. | ) |

### NOTICE OF MOTION

**TO:**  Rita Moran
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that at 9:30 a.m. on Wednesday, May 28, 2008, or as soon thereafter as counsel may be heard, I shall appear before Honorable William J. Hibbler, or any judge sitting in his stead, in courtroom 1225 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, and present the accompanying **Plaintiff's Motion for Extension of Time to File an Amended Complaint**.

### CERTIFICATE OF SERVICE

I, Louis J. Meyer, certify that on Thursday, May 22, 2008, this notice and the above-described motion were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Louis J. Meyer
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595