# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6615 | **DATE** | 5/27/2008 |
| **CASE TITLE** | WILLIAMS, et al. Vs. CITY OF CHICAGO, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/24/08 at 9:30 a.m. Plaintiffs' motion for extension of time until 6/13/08 to file an amended complaint is granted.

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | JHC |
|---|---|---|