IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHANITHA WILLIAMS, LATRICE WILLIAMS, MONIQUE CAUDLE, CHATRICE WILLIAMS, a minor by and through Chanitha Williams, her mother and next best friend; CHAKITA WILLIAMS, a minor, by and through Chanitha Williams, her mother and next best friend; and CHAKYRA JOHNSON, a minor by and through Chanitha Williams, her mother and next best fried, DEANGELO CAUDLE, a minor, by and through Monique Caudle, her mother and next best friend, DAKOTA REEDFIELD, a minor, by and through Monique Caudle, her mother and next best friend, and KAYLA DIXON, a minor, by and through Latrice Williams, her mother and next best friend, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **FILED**<br>JUN 17 2008<br>JUDGE WILLIAM J. HIBBLER<br>UNITED STATES DISTRICT COURT<br><br>No. 07 C 6615<br><br>Judge Hibbler<br><br>Magistrate Judge Valdez<br><br><br>Jury Demand |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| CITY OF CHICAGO, A Municipal Corporation, and Chicago Police Officers John Does and Jane Roes 1-10; | ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_[signature]_
[Name of plaintiff's (s') attorney]
Attorney for plaintiff(s),
Chanitha Williams, Latrice Williams, Monique Caudle, Chatrice Williams, a minor, by and through Chanitha Williams, her mother and next best friend; Chakita Williams, a minor, by and through Chanitha Williams, her mother and next best friend; and Chakyra Johnson, a minor, by and through Chanitha Williams, her mother and next best friend; Deangelo Caudle, a minor, by and through Monique Caudle, her mother and next best friend; Dakota Reedfield, a minor, by and through Monique Caudle, her mother and next best friend; and Kayla Dixon, a minor, by and through Latrice Williams, her mother and next best friend
Law offices of Lawrence V. Jackowiak
20 N. Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595
Attorney No. 6240221
DATE: 6-16-04

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _[signature]_
Rita Moran
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4939
Attorney No. 06270301
DATE: 6/17/08

07 C 6615

U.S. DISTRICT COURT
2008 JUN 18 PM 4:05
FILED