# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6615 | **DATE** | 6/18/2008 |
| **CASE TITLE** | CHANITHA WILLIAMS, et al. Vs. CITY OF CHICAGO, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation to dismiss, this case is dismissed with prejudice and without costs and attorneys fees. Enter Agreed Order of Dismissal. All pending dates and motions are terminated as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|