IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHANITHA WILLIAMS, LATRICE WILLIAMS, MONIQUE CAUDLE, CHATRICE WILLIAMS, a minor by and through Chanitha Williams, her mother and next best friend; CHAKITA WILLIAMS, a minor, by and through Chanitha Williams, her mother and next best friend; and CHAKYRA JOHNSON, a minor by and through Chanitha Williams, her mother and next best fried, DEANGELO CAUDLE, a minor, by and through Monique Caudle, her mother and next best friend, DAKOTA REEDFIELD, a minor, by and through Monique Caudle, her mother and next best friend, and KAYLA DIXON, a minor, by and through Latrice Williams, her mother and next best friend, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF CHICAGO, A Municipal Corporation, and Chicago Police Officers John Does and Jane Roes 1-10; <br><br> Defendants. | No. 07 C 6615 <br><br> Judge Hibbler <br><br> Magistrate Judge Valdez <br><br><br> Jury Demand |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiffs, Chanitha Williams, Latrice Williams, Monique Caudle, Chatrice Williams, a minor, by and through Chanitha Williams, her mother and next best friend; Chakita Williams, a minor, by and through Chanitha Williams, her mother and next best friend; and Chakyra Johnson, a minor, by and through Chanitha Williams, her mother and next best friend; Deangelo Caudle, a minor, by and through Monique Caudle, her mother and next best friend; Dakota Reedfield, a minor, by and through Monique Caudle, her mother and next best friend; and Kayla Dixon, a minor, by and through Latrice Williams, her mother and next best friend, by one of their attorneys, Louis J. Meyer,

and defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiffs Chanitha Williams, Latrice Williams, Monique Caudle, Chatrice Williams, a minor, by and through Chanitha Williams, her mother and next best friend; Chakita Williams, a minor, by and through Chanitha Williams, her mother and next best friend; and Chakyra Johnson, a minor, by and through Chanitha Williams, her mother and next best friend; Deangelo Caudle, a minor, by and through Monique Caudle, her mother and next best friend; Dakota Reedfield, a minor, by and through Monique Caudle, her mother and next best friend; and Kayla Dixon, a minor, by and through Latrice Williams, her mother and next best friend, against defendant, City of Chicago, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Rita Moran
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4939
Attorney No. 06270301

ENTER: *Wm. J. Hibbler*
The Honorable William J. Hibbler
United States District Judge

DATED: 6/18/08